1 **BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
2 Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
3 Piya Mukherjee (State Bar #274217)
  2255 Calle Clara
4 La Jolla, CA 92037
  Telephone: (858)551-1223
5 Facsimile: (858) 551-1232
  Firm Website: http://www.bamlawca.com
6
  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN PEREZ, an individual, on behalf of herself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **3:14-cv-00024-JSW**<br><br>(Class Action)<br><br>DENYING<br>**[PROPOSED]** ORDER ~~GRANTING~~ **PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Date: March 14, 2014<br>Time: 1:30 p.m. |

1     Having considered Plaintiff's Request for Counsel to Participate in Initial Case
2 Management Conference by Telephone, it is HEREBY ORDERED that Plaintiff's request is
3 ~~GRANTED.~~ DENIED.

**IT IS SO ORDERED.**

DATED: March 12, 2014          _____
                                           Hon. Jeffrey S. White
                                           UNITED STATES DISTRICT JUDGE

G:\D\Dropbox\Pending Litigation\Urban Outfitters - Perez\proposed-order-telephonic-appearance-3-14-14.wpd